**Electronically Filed
Supreme Court
SCAD-11-0000162
16-FEB-2012
08:26 AM**

SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of Respondent Earle A. Partington's February 9, 2012 motion for reconsideration of the February 8, 2012 order of the Supreme Court of the State of Hawaiʻi denying Respondent Partington reinstatement to the practice of law, Respondent Partington's January 31, 2012 affidavit and the record, it appears that Respondent Partington has thus far failed to aver that he complied with the Order of Suspension during the full period of the suspension, as required by Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH) and, consequently, has not met the requirements for reinstatement. Therefore,

IT IS HEREBY ORDERED that Respondent Partington's motion for reconsideration is denied.

IT IS HEREBY FURTHER ORDERED, in accordance with RSCH Rule 2.17(a), that Respondent Partington may not resume the practice of law until reinstated by order of this court.

DATED: Honolulu, Hawaiʻi, February 16, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura



2